DAVIS, Director General of Railroads, et al. v. ROZENSWEIG et al. (Circuit Court of Appeals, Second Circuit. April 4, 1922.) No. 240. In Error to the District Court of the United States for the Western District of New York. Action by Benjamin Rozensweig and Edmund J. Stafford, administrators of the estate of Frances Adlaide Doherty, deceased, against James C. Davis, Director General of Railroads, and another. Judgment for plaintiffs, and the named defendant brings error. Affirmed. See, also, 280 Fed. 247. Locke, Babcock, Spratt & Hollister, of Buffalo, N. Y. (Raymond C. Vaughan, of Buffalo, N. Y., of counsel), for plaintiff in error. Charles P. O'Neil and Edmund J. Stafford, both of Detroit, Mich., for defendants in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

DOBA v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. May 8, 1922.) No. 320. In Error to the District Court of the United States for the Eastern District of New York. Peter Doba was convicted of interfering with a federal prohibition agent in the performance of his duty, and he brings error. Affirmed. Louis Rothbard, of Brooklyn, N. Y., for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Henry J. Walsh, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

GIANOVI v. UNITED STATES. (Circuit Court of Appeals, Seventh Circuit. March 30, 1922.) No. 2994. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois. Suit by the United States against Frank Gianovi. From the decree, defendant appeals. Affirmed. Francis Borrelli, of Chicago, Ill., for appellant. C. W. Middlekauff and Chas. F. Clyne, both of Chicago, Ill., for the United States. Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. From a decree closing the premises occupied by appellant and enjoining the sale of intoxicating liquor thereon this appeal is taken. It was prosecuted and briefs were written prior to the announcement by this court of the numerous decisions dealing with similar cases and similar questions. We find no question of law presented that calls for separate consideration. The issue of fact was referred to a master, who found for appellee, and his report was confirmed by the court. We have read the evidence and are convinced that it supports the finding. The decree is affirmed.